| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | SAM STEFANKI<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |



**FILED**
Nov 05, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(d) RE THE FACEBOOK ACCOUNT IDENTIFIED BY THE USERNAME esmith32881 | CASE NO.  2:20-sw-1028-CKD<br><br>ORDER COMMANDING FACEBOOK, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF AN APPLICATION FOR ORDER PURSUANT TO § 2703(d) AND ATTACHMENT A<br><br>**UNDER SEAL** |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Facebook, Inc., an electronic communications service provider and/or a remote computing service located in Menlo Park, California, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(3), (5).

///

[PROPOSED] ORDER        1

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Facebook, Inc. shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Facebook, Inc. shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the account listed in Attachment A, or to any other person, for 180 days from the date of the order, unless extended, except that Facebook, Inc. may disclose this Order to an attorney for Facebook, Inc. for the purpose of receiving legal advice.

Dated: November 5, 2020

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

## ATTACHMENT A

**I.     The Account(s)**

The Order applies to certain records and information associated with the Facebook account identified by the username esmith32881.

**II.    Records and Other Information to Be Disclosed**

Facebook, Inc. is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period between September 20, 2016, and July 29, 2020:

A.     The following information about the customers or subscribers of the Account:
  1. Names (including subscriber names, user names, and screen names);
  2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
  3. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
  4. Length of service (including start date) and types of service utilized;
  5. Telephone or instrument numbers (including MAC addresses);
  6. Other subscriber numbers or identities (including the registration IP address); and
  7. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B.     All records and other information (not including the contents of communications) relating to the Account, including:
  1. Records of user activity for each connection made to or from the Account, including log files; messaging logs; e-mail headers; access and activity logs; deletion and change logs; accounts associated by cookie, SMS number, recovery e-mail, or IP address; the date, time, length, and method of connections; data transfer volume; user names; and source and destination IP addresses; and
  2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).