1  McGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

Jan 21, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 | IN THE MATTER OF THE APPLICATION        | CASE NO. 2:20-SW-01028-CKD
   | OF THE UNITED STATES OF AMERICA
11 | FOR AN ORDER PURSUANT TO § 2703(d)      | ORDER UNSEALING § 2703(d)
   | RE THE FACEBOOK ACCOUNT                 | APPLICATION AND ORDER
12 | IDENTIFIED BY THE USERNAME
   | esmith32881
13

14     Upon application of the United States of America and good cause having been shown,

15     IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

16
17  Dated:  January 21, 2021
                                              The Honorable Kendall J. Newman
18                                            UNITED STATES MAGISTRATE JUDGE

[Proposed] Order to Unseal § 2703(d) Order